# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Constantine, Katherine A. | Minnesota Bankruptcy Court | 5/8/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Suite 206
316 No Robert Street
St Paul MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Conservator/Guardian Payee | Twin City Federal Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Dorsey & Whitney LLP-retirement and pension | $111,024.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Brocade Communication Systems, Inc. - salary & bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. RBC Branch Sweep Program (Money Market) | A | Interest | | | Closed | 08/14/17 | J | | see section VIII |
| 3. USB Dep Acct (Moneey Market) | A | Interest | J | T | Open | 08/14/17 | J | | see section VIII |
| 4. Alps (ETF) | A | Dividend | | | Sold | 12/14/17 | J | | |
| 5. AT&T (common) | B | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 6. Proctor & Gamble (common ) | A | Dividend | J | T | | | | | |
| 7. Select Sector Spdr Tr Utilities Sector (Index Fd) | A | Dividend | K | T | | | | | |
| 8. Southern Co. (common) | A | Dividend | J | T | | | | | |
| 9. Target (common) | A | Dividend | J | T | | | | | |
| 10. Xcel Energy (common ) | A | Dividend | K | T | | | | | |
| 11. Powershares Finl pfd (ETF) | B | Dividend | K | T | | | | | |
| 12. Goldman Sachs Bk (C.D.) | A | Interest | | | Sold | 01/05/17 | K | | |
| 13. Columbia MN Tax Exmpt Fd (Class A MF) | A | Interest | | | Sold | 03/23/17 | K | A | |
| 14. Fridley MN GO (Bond) | A | Interest | K | T | Buy | 01/13/17 | K | | |
| 15. MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |
| 16. Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 17. Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MN St GO Various Purp GO (Bond) | A | Interest | K | T | | | | | |
| 19. MN St GO Trunk Hwy (Bond) | A | Interest | L | T | Buy | 01/13/17 | L | | |
| 20. | | | | | | | | | |
| 21. Brokerage #2 (H) | | | | | | | | | |
| 22. US Gov't Money Mkt NKA RBC Branch Sweep(money mkt fd) | A | Interest | | | Closed | 08/11/17 | J | | see section VIII |
| 23. UBS RMA Gov't Money Mkt Fd | A | Dividend | J | T | Open | 08/11/17 | J | | see section VIII |
| 24. Invesco Diversified Divs (Mutual Fd) | A | Dividend | K | T | Buy | 01/17/17 | K | | |
| 25. (Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | | | | | |
| 26. MFS Div Income (Mutual Fund) | A | Dividend | | | Sold | 01/17/17 | K | A | |
| 27. Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 28. | | | | | | | | | |
| 29. Brokerage #3 (H) | | | | | | | | | |
| 30. RBC Prime Money Mkt (money market fund) | A | Interest | | | Closed | 10/04/17 | L | | see section VIII |
| 31. UBS USA Deposit (money market) | A | Interest | J | T | Open | 10/04/17 | L | | see section VIII |
| 32. Activision Blizzard (common) | A | Dividend | J | T | Sold (part) | 02/07/17 | J | A | |
| 33. | | | | | | Sold (part) | 06/12/17 | J | A | |
| 34. Acuity Brands (common) | A | Dividend | | | Sold (part) | 03/31/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/13/17 | J | A | |
| 36. Adobe Systems (common) | | None | J | T | Sold (part) | 06/05/17 | J | A | |
| 37. Alexion Pharma (common) | | None | | | Sold | 06/05/17 | J | | |
| 38. Allergan PLC FKA Actavis (common) | A | Dividend | | | Sold | 12/14/17 | J | A | |
| 39. Alphabet FKA Google (common) | | None | K | T | Sold (part) | 01/17/17 | J | A | |
| 40. | | | | | Sold (part) | 05/11/17 | J | B | |
| 41. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 42. Amazon (common) | | None | K | T | Buy (add'l) | 02/07/17 | J | | |
| 43. | | | | | Buy (add'l) | 09/13/17 | K | | |
| 44. Apple (common) | A | Dividend | L | T | Buy (add'l) | 02/07/17 | J | | |
| 45. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 46. | | | | | Buy (add'l) | 12/26/17 | K | | |
| 47. Archer Daniels Midland (common) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 48. Biogen Idec (common) | | None | J | T | | | | | |
| 49. Bioverativ (common) | A | Dividend | | | Spinoff (from line 48) | 02/01/17 | J | | |
| 50. | | | | | Sold | 03/24/17 | J | | |
| 51. Blackrock Municipal (mutual fund) | A | Dividend | K | T | Buy | 09/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 53. Boeing (common) | A | Dividend | J | T | | | | | |
| 54. Bristol Meyers Squibb (common) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 55. Broadcom Ltd | A | Dividend | K | T | Buy (add'l) | 12/14/17 | K | | |
| 56. Carnival Corp (common) | A | Dividend | J | T | | | | | |
| 57. Celgene Corp (common) | | None | | | Sold | 12/13/17 | J | B | |
| 58. Chevron Corp. (common) | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. Comcast Corp (class A) | A | Dividend | J | T | | | | | |
| 61. Costco Wholesale (common) | A | Dividend | K | T | Sold (part) | 02/07/17 | J | A | |
| 62. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 63. CSX Corp | A | Dividend | | | Buy (add'l) | 01/18/17 | J | | |
| 64. | | | | | Sold | 09/13/17 | J | B | |
| 65. Delta Airlines (common) | A | Dividend | J | T | | | | | |
| 66. Diamondback Energy (common) | | None | | | Buy | 02/14/17 | J | | |
| 67. | | | | | Sold | 09/13/17 | J | | |
| 68. Donaldson Co (common) | | None | K | T | Buy | 12/14/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dow Chemical (common) | A | Dividend | | | Buy (add'l) | 05/24/17 | J | | |
| 70. | | | | | Sold | 09/13/17 | J | A | |
| 71. Eaton (common) | A | Dividend | | | Buy | 06/05/17 | J | | |
| 72. | | | | | Sold | 09/13/17 | J | | |
| 73. Eli Lilly (common) | A | Dividend | J | T | | | | | |
| 74. Exelon Corp | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 75. Facebook (common) | | None | J | T | Sold (part) | 05/11/17 | J | A | |
| 76. Ford (common) | | None | K | T | Buy | 12/14/17 | K | | |
| 77. FT Pfd Sec & Inc (ETF) | | None | K | T | Buy | 09/13/17 | K | | |
| 78. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 79. Halliburton Co (common) | A | Dividend | | | Sold | 09/13/17 | J | | |
| 80. Henry Schein (common) | | None | | | Sold | 12/14/17 | J | A | |
| 81. Home Depot (common) | A | Dividend | K | T | Sold (part) | 02/07/17 | J | | |
| 82. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 83. Honeywell Int'l | A | Dividend | J | T | | | | | |
| 84. Ishares Bonds 2022 (ETF) | | None | K | T | Buy | 12/14/17 | K | | |
| 85. Johnson & Johnson (common) | A | Dividend | | | Buy | 06/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 09/13/17 | J | A | |
| 87. Lear Corp (common) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 88. Marathon Pere (common) | A | Dividend | | | Buy | 01/19/17 | J | | |
| 89. | | | | | Sold | 08/02/17 | J | A | |
| 90. | | | | | | | | | |
| 91. Microsoft Corp (common) | A | Dividend | K | T | Sold (part) | 05/11/17 | J | A | |
| 92. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 93. NXP Semiconductors (common) | | None | | | Sold | 03/15/17 | J | B | |
| 94. Newell Rubbermaid (common) | A | Dividend | | | Sold (part) | 02/07/17 | J | A | |
| 95. | | | | | Sold | 12/14/17 | J | A | |
| 96. Newfield Exploration (common) | | None | | | Sold | 09/13/17 | J | A | |
| 97. Nextera Energy (common) | A | Dividend | J | T | | | | | |
| 98. Nucor Corp (common) | A | Dividend | | | Buy | 05/26/17 | J | | |
| 99. | | | | | Sold | 09/13/17 | J | | |
| 100. Nvidia (common) | A | Dividend | K | T | Buy | 03/15/17 | J | | |
| 101. | | | | | Sold (part) | 06/12/17 | J | A | |
| 102. | | | | | Buy (add'l) | 12/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Occidental Pete (common) | A | Dividend | | | Sold | 02/14/17 | J | | |
| 104. Parker Hannifin Corp (common) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 105. Pepsico (common) | A | Dividend | J | T | Sold (part) | 02/07/17 | J | B | |
| 106. Pioneer Natural Resources (common) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 107. Powershares Financial (ETF) | | None | K | T | Buy | 12/26/17 | K | | |
| 108. Raytheon Corp (common) | A | Dividend | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. Salesforce.com (common) | | None | | | Sold (part) | 06/05/17 | J | A | |
| 111. | | | | | Sold | 12/14/17 | J | B | |
| 112. Select Fin'l Sector SPDR Tr (ETF) | A | Dividend | K | T | Sold (part) | 01/13/17 | J | A | |
| 113. | | | | | Sold (part) | 05/11/17 | J | B | |
| 114. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 115. Select Real Est Sector SPDR Tr (ETF) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 116. Snap-On Inc (common) | A | Dividend | | | Sold (part) | 03/13/17 | J | A | |
| 117. | | | | | Sold | 06/05/17 | J | A | |
| 118. Stryker Corp (common) | A | Dividend | J | T | | | | | |
| 119. TJX Companies (common) | A | Dividend | | | Sold | 12/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard S & P Small Cap (mutuial fd) | A | Dividend | K | T | Buy | 12/14/17 | K | | |
| 121. Vulcan Materials (common) | A | Dividend | J | T | | | | | |
| 122. Wabtec Corp (common) | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 123. Whirlpool Corp (common) | A | Dividend | | | Sold | 09/13/17 | J | A | |
| 124. Zimmer Holdings (common) | A | Dividend | | | Sold | 06/05/17 | J | B | |
| 125. | | | | | | | | | |
| 126. Brokerage #4 (H) Moved to Brokerage #7 | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. Brokerage #5 (H) | | | | | | | | | |
| 129. RBC Branch Sweep (money mkt) | A | Dividend | | | Closed | 08/11/17 | J | | see section VIII |
| 130. UBS Bank USA Dep Acct (money mkt fd) | A | Interest | J | T | Open | 08/11/17 | J | | see section VIII |
| 131. Blackrock Eq Div Tr (ETF) | B | Dividend | K | T | Buy (add'l) | 05/18/17 | J | | |
| 132. Delaware Invts MN Muni Inc (mutual fund) | A | Dividend | K | T | Buy (add'l) | 05/18/17 | K | | |
| 133. MN Hsg Pub Human Svc (Bond) | A | Interest | K | T | | | | | |
| 134. Orono MN School Dist (Bond) | A | Dividend | K | T | Buy | 02/08/17 | K | | |
| 135. Verizon Communications (common) | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 136. Xcel Energy (common) | A | Dividend | K | T | Sold (part) | 02/08/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 138. Brokerage Account #6 Dorsey 401k (H) Closed | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. Brokerage Acct #7 (H) | | | | | | | | | |
| 141. Federated Money Mkt NKA RBC Bk Depositmoney mkt mutual fund) | A | Dividend | | | Closed | 08/11/17 | J | | see section VIII |
| 142. UBS Bank USA Dep Acct (money mkt fd) | A | Interest | J | T | Open | 09/06/17 | J | | see section VIII |
| 143. Amer Fds Euro Pac Gr (mutual fund) | B | Dividend | K | T | | | | | |
| 144. Dodge & Cox Fund Int'l Stock (mutual fund) Class F | C | Dividend | L | T | | | | | |
| 145. Dodge & Cox Income (mutual fund) Class I | C | Dividend | M | T | Buy (add'l) | 12/08/17 | K | | |
| 146. Fidelity New Insights (cl i mutual fund) | D | Dividend | M | T | | | | | |
| 147. First Trust Pfd Income Fd (ETF) | A | Dividend | K | T | Buy | 01/31/17 | K | | |
| 148. First Trust Exchange Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 149. IShares Russell 1000 Gr (ETF) | A | Dividend | L | T | | | | | |
| 150. IShares Russell 1000 Value (ETF) | C | Dividend | M | T | | | | | |
| 151. IShares S&P Sm Cap 600 (ETF) | B | Dividend | L | T | | | | | |
| 152. Mairs & Power Fd Sm Cap Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 153. Metropolitan West Total Return Bond (mutual fund) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MFS Div Inc (mutual fund) | B | Dividend | L | T | | | | | |
| 155. Parnassus Core Equity Fd (mutual fund) | D | Dividend | M | T | | | | | |
| 156. T Rowe Price Gr Stk (mutual fund) | E | Dividend | M | T | | | | | |
| 157. Vanguard Total Bond Market (ETF) | B | Dividend | L | T | | | | | |
| 158. Vanguard Admiral S&P MidCap400 Index (ETF) | A | Dividend | K | T | | | | | |
| 159. Vanguard Admiral S&P Sm Cap 600 Index (ETF) | A | Dividend | K | T | | | | | |
| 160. American Express Centurion BK | A | Interest | | | Redeemed | 11/14/17 | K | | |
| 161. Sallie Mae Bk Slt Lake City (C.D.) | A | Interest | K | T | | | | | |
| 162. GE Cap Retrail Bk Utah (C.D.) | B | Interest | L | T | | | | | |
| 163. GE Cap Retail Bk Draper Utah(C.D.) | B | Interest | L | T | | | | | |
| 164. Goldman Sachs Bk USA NY (C.D.) | B | Interest | L | T | | | | | |
| 165. AT & T unsecured OID | B | Interest | K | T | | | | | |
| 166. AXA Variable Annuity | | None | M | T | | | | | see section VIII |
| 167. | | | | | | | | | |
| 168. Brokerage #8 (H) | | | | | | | | | |
| 169. RBC Branch Sweep nka Bank Deposit Prog(money market program) | A | Interest | | | Closed | 08/11/17 | J | | see section VIII |
| 170. UBS Bank USA Deposit Acct (money mkt) | A | Interest | L | T | Open | 08/11/17 | J | | see section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   Amazon (common) | | None | K | T | Buy | 12/05/17 | K | | |
| 172.   Amer Fds Euro Pac Gr (cl f1 mutual fund) | A | Dividend | | | Merged (with line 173) | 02/16/17 | L | | see section VIII |
| 173.   Amer Fds Euro Pac Gr (cl f-2 mutual fund) | A | Dividend | L | T | | | | | |
| 174.   Brocade Commun Syst (common) | A | Dividend | | | Distributed | 11/20/17 | K | D | |
| 175.   Dodge & Cox Income Fd (mutual fd) | A | Dividend | K | T | Buy | 12/05/17 | K | | |
| 176. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 177. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 178.   Dunkin Brands (common) | | None | K | T | Buy | 12/26/17 | K | | |
| 179.   Fidelity New Insights (mutual fund) | D | Dividend | M | T | | | | | |
| 180.   First Trust Pfd Inc | A | Dividend | K | T | Buy | 12/05/17 | K | | |
| 181. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 182.   Ford (common) | | None | K | T | Buy | 12/26/17 | K | | |
| 183.   Fundamental Invs (mutual fund) | D | Dividend | M | T | | | | | |
| 184.   General Electric (common) | A | Dividend | | | Buy | 05/10/17 | J | | |
| 185. | | | | | Sold | 12/26/17 | J | | |
| 186.   Ishares Biotechnology (ETF) | A | Dividend | K | T | Buy (add'l) | 12/01/17 | K | | see section VIII |
| 187.   Ishares Russell Mid Cap Gr (ETF) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ishares MSCI Switz Capped (ETF) | | None | K | T | Buy | 12/05/17 | K | | |
| 189. Lord Abbett Sec Tr Value Opp (mutual fund) | A | Dividend | | | Sold | 01/31/17 | K | | |
| 190. Mairs & Pwr Small Cap Fd (mutual fund) | B | Dividend | L | T | | | | | |
| 191. Mairs & Powers Growth Fd (mutual fd) | B | Dividend | K | T | Buy | 01/31/17 | J | | |
| 192. Metropolitan West Total Return Bond (mutual fund) | A | Dividend | L | T | Buy (add'l) | 12/05/17 | K | | |
| 193. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 194. MFS Ser Tr XIII AKA Diversified Income(mutual fund) | A | Dividend | | | Sold (part) | 05/10/17 | K | | |
| 195. | | | | | Sold | 12/14/17 | K | A | |
| 196. MFS Growth (mutual fund) | A | Dividend | K | T | | | | | |
| 197. MFS Utilities Fd (mutual fund) | B | Dividend | J | T | Buy | 05/10/17 | J | | |
| 198. Parnassus Mid Cap (mutual fd) | | None | K | T | Buy | 12/14/17 | K | | |
| 199. Powershares Fin'l pfd (ETF) | | None | K | T | Buy | 12/05/17 | K | | |
| 200. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 201. Royal Dutch (ADR) | | None | K | T | Buy | 12/05/17 | K | | |
| 202. Seagate Technology (common) | A | Dividend | | | Buy | 05/10/17 | J | | |
| 203. | | | | | Sold | 12/26/17 | J | | |
| 204. Square Inc (common) | | None | K | T | Buy | 12/14/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Tr for Prof Mgrs Snow Cap Small Cap Value (mutual fd) | A | Dividend | J | T | | | | | |
| 206. Vanguard Admiral Small Cap Fd (mutual fund) | A | Dividend | K | T | Buy (add'l) | 12/05/17 | K | | |
| 207. Vanguard Admiral Mid Cap 400 Fd (mutual fund) | A | Dividend | K | T | Buy | 01/31/17 | J | | |
| 208. | | | | | Buy (add'l) | 12/05/17 | K | | |
| 209. Vanguard Div Appr (ETF) | A | Dividend | K | T | Buy | 12/05/17 | K | | |
| 210. Xcel Energy (common) | | None | K | T | Buy | 12/05/17 | K | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. Brokerage #9 (H) Etrade | | | | | | | | | |
| 214. ETrade Cash Reserve Account | | None | | | Closed | 12/08/17 | K | | |
| 215. Brocade (common) | A | Dividend | | | Distributed | 11/20/17 | N | | |
| 216. Twin City Federal Account #1(conservator/ Guardian | | None | J | T | | | | | See section VIII |
| 217. | | | | | | | | | |
| 218. Account #10 (H) | | | | | | | | | |
| 219. RBC Branch Sweep (Money Market Program) | A | Interest | | | Closed | 08/11/17 | J | | see section VIII |
| 220. UBS Bank USA Deposit Acct (Money Mkt) | A | Interest | L | T | Open | 08/11/17 | J | | see section VIII |
| 221. Ally Bk Midvale Utah (C.D.) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  GE Cap Bk Retail (C.D.) | A | Interest | | | Redeemed | 12/05/17 | K | | |
| 223.  Goldman Sach Bk Retail (C.D.) | | None | L | T | Buy | 12/08/17 | K | | |
| 224.  American Express Cent Bk (C.D.) | A | Interest | L | T | | | | | |
| 225. | | | | | | | | | |
| 226.  Trust #1 (H) | | | | | | | | | |
| 227.  RBC Branch Sweep (Money Market Program) | A | Interest | | | Closed | 08/11/17 | J | | see section VIII |
| 228.  UBS Bank USA Bank Deposist (money mkt) | A | Interest | J | T | Open | 01/11/17 | J | | |
| 229.  MFS Ser Tr XIII Diversified Inc (mutual fund) | A | Dividend | | | Sold | 01/18/17 | J | | |
| 230.  Sprott Focus Trust | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233.  American Enterprise Inv Svc (mutual fd) | B | Dividend | K | T | | | | | see section VIII |
| 234.  Discover Financial Svcs (comon) | A | Dividend | J | T | | | | | |
| 235.  Honeywell Int'l (common | A | Dividend | J | T | | | | | |
| 236.  Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 237.  Allstate Corp (common) | A | Dividend | J | T | | | | | |
| 238.  Sears Holding Corp (common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Sears Canada (common) | A | Dividend | J | T | | | | | |
| 240. Lands End (common) | | None | J | T | Spinoff (from line 239) | | | | See section VIII |
| 241. Advansix Inc (common) | | None | J | T | Spinoff (from line 235) | | | | See section VIII |
| 242. U.S. Bank N.A. Accts (cash & CD's) | A | Dividend | M | T | | | | | |
| 243. Twin City Federal Acct (Cash) | | None | M | T | | | | | |
| 244. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

General Note: Assets held in Accounts 1, 2, 3, 5, 7, 8, 10, and Trust #1 were all transferred from RBC Wealth Management to UBS Financial Services in 2018

Lines 2, 3, 22, 23, 30, 31, 129, 130, 141, 142, 169, 170, 219, 220, 227 and 228 reflect money market funds change from RBC Wealth Management to UBS Financial Services

Line 4, Alps ETF Sale - No gain

Line 12, Goldman Sachs C.D., redeemed - No gain

Line 36, Adobe Systems - No income received during reporting period

Line 37, Alexion Pharma - No gain and no income rec'd during reporting period

Line 39, Alphabet - No income rec'd during reporting period

Line 42, Amazon - No income rec'd during reporting period

Line 48, Biogen - No income rec'd during reporting period

Line 57, Celgene - No income rec'd during reporting period

Line 66, Diamonback Energy - No income rec'd during reporting period

Line 68, Donaldson Company - No income rec'd during reporting period

Line 75, Facebook - No income rec'd during reporting period

Line 76, Ford - No income rec'd during reporting period

Line 79, Halliburton - No gain

Line 80, Henry Schein - No income rec'd during reporting period

Line 93, NXP Semiconductors - No income rec'd during reporting period

Line 96, Newfield Exploration - No income rec'd during reporting period

Line 98, Nucor - No gain

Line 103, Occidental Pete - No gain

Line 110, Salesforce - No income rec'd during reporting period

Line 166, AXA Annuity, This annuity is invested in a model portfolio that has 50% moderate allocation and 50% conservative allocation. I am only able to select the asset allocation model, the annuity company makes all investment decisions without consulting me.

Line 172, American Fd Euro Pac Cl - exchange of share class, no money involved

Line 186, Ishares Biotech - stock dividend paid (additional shares rec'd) - no money involved

Line 189, Lord Abbett - No gain

Line 198, No income rec'd during reporting period

Line 199, No income rec'd during reporting period

Line 202, Seagate Tech - No gain

Line 216, Checking account that does not pay any form of income

Line 229, MFS Ser XIII Div Inc - No gain

Line 233, This was actually Columbia MN Tax Exempt (MF) (Line 13) on current report which had been held at Amer Enter Inv Svc and was transferred to RBC on 12/19/16 (Line 15) on 2016 Report

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 240, This was a spinoff in 2014 and was inadvertently omitted in prior report

Line 241, This was a spinoff in 2016 and was inadvertently omitted in prior report

Line 243, Checking account that does not pay any form of income

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 5/8/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544